IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO CO,

    Petitioner,

v.

ALBERTO R GONZALEZ, et al.,

    Respondents.

No. C 05-03332 CRB

**ORDER TO SHOW CAUSE**

On August 16, 2005, petitioner filed a petition for writ of mandamus seeking an order compelling respondents to adjudicate his immigration applications. It is hereby ORDERED that respondents show cause why such an order should not be granted. Respondents shall file a brief setting forth their position on the petition no later than September 9, 2005. Petitioner may then file a reply no later then September 16, 2005. The matter will then be deemed submitted.

**IT IS SO ORDERED.**

Dated: August 29, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3332\osc.wpd