IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO CO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ALBERTO R. GONZALEZ and DAVID STILL,<br><br>　　　　Respondents. | No. C 05-03332 CRB<br><br>**ORDER** |

　　　Now before the Court is a petition for a writ of mandamus to compel the Bureau of Citizenship and Immigration Services to adjudicate petitioner's application for adjustment of status.

　　　Respondents have agreed to adjudicate the matter by November 1, 2005, and petitioner expresses no opposition to this date.  As a result, the Court hereby ORDERS an adjudication of petitioner's application by November 1, 2005.  The scheduled Case Management Conference will remain on the docket in the event that the deadline is not met. If the matter is properly adjudicated by November 1, 2005, parties shall inform the Court.

　　　**IT IS SO ORDERED.**

Dated: October 3, 2005

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3332\order 1.wpd