1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   REYNALDO CO,                        )
13                                     )
          Petitioner,                  )    No. C-05-3332 CRB
14                                     )
       v.                              )
15                                     )
   ALBERTO R. GONZALES, Attorney       )    **STIPULATION TO DISMISS; AND**
16 General of the United States and DAVID )  **[PROPOSED] ORDER**
   N. STILL, Director of the San Francisco )
17 District, United States Bureau of   )
   Citizenship and Immigration Services, )
18                                     )
          Respondents.                 )
19 _____)

20     Petitioner, by and through his attorney of record, and Respondents, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

22 in light of Respondents' October 12, 2005 adjudications of Petitioner's applications for waiver of

23 inadmissability and for adjustment of status.

24     Each of the parties shall bear their own costs and fees.

25

26

27

28

Stipulated Dismissal
C 05-3332 CRB                          1

| | | |
|---|---|---|
| 1 | Date: October 18, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Respondents |

Date: October 17, 2005

_____/s/_____
FRANK P. SPROULS
Law Office of Ricci & Sprouls
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 24, 2005

CHARLES R. BREYER
United States District Judge

*APPROVED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Stipulated Dismissal
C 05-3332 CRB                                    2